

# WURZEL
# LAW GROUP, PLLC.

**MEMO ENDORSED**

February 2, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 2, 2017

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Via ECF and Email: Failla_NYSDChambers@nysd.uscourts.gov

RE:  *F. Stewart Kallinger v. Playster Corporation*
      Docket No.: 16-CV-8944 (KPF)

Dear Judge Failla:

     This office represents the plaintiff F. Stewart Kallinger in the above referenced case.  I am writing requesting an eight week adjournment of the initial pretrial conference (hereinafter referred to as 'Conference")  scheduled for February 8, 2017 at 3:00 p.m.  No prior Conference adjournment request has been made.  Plaintiff's complaint was filed on or about November 17, 2016.  To date, the summons and complaint have not been served on defendant Playster Corporation.  Accordingly, only plaintiff would be appearing at the Conference, which would be wasteful of judicial resources.  Thank you for your professional cooperation concerning this matter.

                                           Sincerely yours

                                           *S/Glenn J. Wurzel*
                                           Glenn J. Wurzel, Esq.

4007 Merrick Road, Suite 2E    ●    Telephone:  (516) 226-8020
Seaford, New York 11783    ●    Facsimile:  (516) 368-0354
WWW.WURZELAWGROUP.COM

Application GRANTED.  The Initial Pretrial Conference scheduled for February 8, 2017, is hereby ADJOURNED to April 5, 2017, at 2:00 P.M. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties are reminded to submit, consistent with Rule 3.B. of the Court's Individual Rules of Civil Practice and with the Notice of Initial Pretrial Conference in this matter, a joint status letter and Proposed Civil Case Management Plan by Thursday of the week prior to this conference.

Dated:     February 2, 2017          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE